

ACCEPTED
03-14-00140-CR
3697835
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 1:34:52 PM
JEFFREY D. KYLE
CLERK

January 8, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/8/2015 1:34:52 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

> **Re:  Frank Howard McMarion v. State of Texas
> Nos. 03-14-00140-CR, 03-14-00141-CR, 03-14-00142-CR,
> 03-14-00143-CR, 03-14-00144-CR, 03-14-00145-CR**

Dear Mr. Kyle:

I'm sending this letter in order to certify my compliance with Tex. R. App. Proc. 48.4. On December 29, 2014, I mailed Mr. McMarion a copy of the opinion and judgments, along with notifying him about his right to file a petition for discretionary review within 30 days of the issuance of the opinion. I've enclosed a copy of the return receipt on the certified letter that was mailed to Mr. McMarion.

Please let me know if you need any further information from me.

Sincerely,

Chris Perri

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank McMarian
TDCJ #01913648
Gist State Jail
3295 FM 3514
Beaumont, TX 77705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

N G REOCRy

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7014 2870 0002 2458 7322

PS Form 3811, July 2013        Domestic Return Receipt